IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POST MEDIA SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEEZER S.A. and DEEZER INC.,<br><br>Defendants. | **Civil Action No. 17-719-GMS**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all claims brought by plaintiff Post Media Systems LLC against defendants Deezer S.A. and Deezer Inc. and all counterclaims brought by defendants are dismissed with prejudice. It is further stipulated that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: January 30, 2018

DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

GREENBERG TRAURIG, LLP

/s/ *Gregory E. Stuhlman*
Gregory E. Stuhlman (#4765)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
stuhlmang@gtlaw.com

*Attorneys for Deezer Inc.*

SO ORDERED this ___ day of ______, 2018.

______________________________
United States District Judge