IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POST MEDIA SYSTEMS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>DEEZER S.A. and DEEZER INC.,<br><br>                Defendants. | **Civil Action No. 17-719-GMS**<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all claims brought by plaintiff Post Media Systems LLC against defendants Deezer S.A. and Deezer Inc. and all counterclaims brought by defendants are dismissed with prejudice. It is further stipulated that all attorneys' fees and costs are to be borne by the party that incurred them.

1

Dated: January 30, 2018

| DEVLIN LAW FIRM LLC | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ *Timothy Devlin* | /s/ *Gregory E. Stuhlman* |
| Timothy Devlin (No. 4241) | Gregory E. Stuhlman (#4765) |
| 1306 N. Broom Street, 1st Floor | The Nemours Building |
| Wilmington, DE 19806 | 1007 North Orange Street, Suite 1200 |
| (302) 449-9010 | Wilmington, Delaware 19801 |
| tdevlin@devlinlawfirm.com | Telephone: (302) 661-7000 |
|  | stuhlmang@gtlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Deezer Inc.* |

SO ORDERED this 2nd day of Feb, 2018.

_____
United States District Judge